UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT H. PINDER, | 3:16-cv-00742-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | December 9, 2019 |
| HAROLD MIKE BYRNE, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 53).

Defendants' Motion for Extension of Time to File Dispositive Motions (ECF No. 53) is **GRANTED**.  The last day for the parties to file dispositive motions is extended to and including **Friday, January 17, 2020**. There shall be no further extensions granted barring unforeseen and extenuating circumstances.

**IT IS SO ORDERED.**

                              DEBRA K. KEMPI, CLERK

                              By:     /s/
                                    Deputy Clerk