## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VINCENT H. PINDER, | ) | 3:16-cv-00742-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 24, 2020 |
| HAROLD MIKE BYRNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Service on Defendants Harold Mike Byrne and Randall Schultheis" (ECF No. 64).

The Courtroom Administrator shall calendar a hearing on Plaintiff's motion (ECF No. 64) as soon as the court's calendar will accommodate it. Defendants' counsel shall be prepared to address its Answer to Plaintiff's Second Amended Complaint (ECF No. 32) which specifically names Defendant Harold Mike Byrne and appears to the court as constituting a general appearance by Mr. Byrne. Counsel shall also be prepared to address other civil rights cases filed in this District wherein Byrne is named as a party Defendant and is represented by the Office of the Attorney General. The court suggests that prior to the hearing defense counsel may wish to address these subjects in a memorandum of points and authorities in response to Plaintiff's motion.

In reviewing the docket in the matter, it appears to the court that Plaintiff has failed to file a response to Defendants' Motion for Summary Judgment. (ECF No. 55.)  Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 55).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____

Deputy Clerk