## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VINCENT H. PINDER, | ) | 3:16-cv-00742-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 13, 2020 |
| HAROLD MIKE BYRNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Extension of Time to File Dispositive Motion and Discovery (ECF No. 83). Plaintiff requests until "September 11, 2020, to file discovery and dispositive motion that may be appropriate" due to COVID 19 lockdown as to Defendant Harold Mike Byrne. (*Id.* at l.) Plaintiff's motion further states he needs the extension due to "the infusion of newly discovery in opposition to Defendants summary judgment in regards to Harold Mike Byrnes ." (*Id.* at 2.)

At the court's hearing on March 19, 2020, the court extended the discovery deadline to June 19, 2020, and dispositive motion deadline to July 17, 2020, with respect to Byrne only. (ECF No. 74.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to File Dispositive Motion and Discovery (ECF No. 83) is **GRANTED**.

**IT IS FURTHER ORDERED** that as to Defendant Harold Mike Byrne, only, the discovery deadline is extended to **Monday, September 14, 2020**, and the dispositive motion deadline is extended to **Wednesday, October 14, 2020**. **There shall be no further extensions granted.**

DEBRA K. KEMPI, CLERK
By:  <u>       /s/                               </u>
Deputy Clerk