## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VINCENT H. PINDER, | ) | 3:16-cv-00742-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 10, 2020 |
| HAROLD MIKE BYRNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Vacate and Reset Dispositive Motion Deadline Pending Settlement Conference (ECF No. 102).  Defendants request that the dispositive motion deadline as to Defendant Byrne be vacated pending the settlement conference on January 20, 2021.

Good cause appearing, Defendants' Motion to Vacate and Reset Dispositive Motion Deadline Pending Settlement Conference (ECF No. 102) is **GRANTED**. In the event the parties do not settle the matter at the settlement conference, Defendant Byrne shall have to and including **Friday, February 19, 2021**, in which to file his dispositive motion.

**IT IS SO ORDERED**.

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk