AARON D. FORD
  Attorney General
ROST C. OLSEN, Bar No. 14410
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1209
E-mail: rolsen@ag.nv.gov

*Attorneys for Defendants*
*Harold Mike Byrne, Wayne Oakley, and*
*Melissa Travis*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT H. PINDER, | Case No. 3:16-cv-00742-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| HAROLD MIKE BYRNE, et al., | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, Vincent H. Pinder, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rost C. Olsen, Deputy Attorney General, that the above-captioned

///
///
///
///
///
///
///
///
///

1


1 matter is dismissed with prejudice, and each party will bear their own attorney fees and
2 costs.

|  |  |
|---|---|
| | AARON D. FORD |
| | Attorney General |
| _____ | By: __/s/ Rost C. Olsen_____ |
| Vincent Pinder, Plaintiff | Rost C. Olsen, Bar No. 14410 |
| *Pro Se* | Deputy Attorney General |
| | Attorneys for Defendants |
| Dated: _____ | Dated: __02/25/2021__ |

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** _____, **2021.**



# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of February, 2021, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

Vincent Pinder
8333 Lower Trailhead Avenue
Las Vegas, NV 89113

*[signature]*
An employee of the
Office of the Attorney General

3